UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLAN G. EDWARDS, JR., | ) |
| | ) |
| Plaintiff, | )   3:11-cv-00919-LRH-WGC |
| | ) |
| vs. | ) |
| | )   <u>ORDER OF DISMISSAL WITHOUT</u> |
| HANK FILIPPINI; *et al.*, | )   <u>PREJUDICE PURSUANT TO RULE 4 (m)</u> |
| | )   <u>FEDERAL RULES OF CIVIL PROCEDURE</u> |
| Defendants. | ) |
| | ) |

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED that the action is hereby dismissed without prejudice as to: HANK FILIPPINI, FILIPPINI RANCHES, and HANK FILIPPINI RANCHES NORTH LLC.

DATED this 10th day of August, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE